## (May 15, 1962)

In the Matter of GEORGE BEATTY, Doing Business as BEATTY SUPPLY COMPANY, Petitioner, v. TEMPORARY STATE COMMISSION OF INVESTIGATION, Respondent.— Stay of March 16, 1962 modified to allow respondent Temporary State Commission of Investigation to subpœna and examine in accordance with law the petitioner and relevant books or documents in his possession or control. We do not reach or pass upon the merits of the question before the court at Special Term whether the notes and work-product of the respondent based upon the petitioner's records, impounded in the office of the Secretary of State by our order, should be returned with the records; or suppressed. The stay of March 16, 1962 to the extent only it precludes present utilization of the impounded material by the respondent, is not affected by this decision. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

MARTIN J. McEVILLY et al., Respondents, v. JAMES K. CAMP, Appellant.— Motion granted, without costs, on condition that appellant perfects the appeal on or before July 1 and is ready for argument at the September Term. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of JOHN CANTWELL, Petitioner, v. MYLES J. LANE et al., Respondents. In the Matter of WILLIAM F. RICE, JR., Petitioner, v. MYLES J. LANE et al., Respondents.— Motions by respondents made in separate proceedings pursuant to section 132 of the Civil Practice Act to vacate two orders granted ex parte by Special Term directing them to show cause why subpœnas duces tecum issued by the Temporary State Commission of Investigation of the State of New York should not be quashed and staying the operative effect of the process until the determination of the motions. The order dated April 25 contained the additional pervasive provision which restrained " any action " by the commission " in regard to the records of purchases of the County " for the same period. Motion in the proceeding instituted by petitioner Cantwell is denied, without costs. Motion in the proceeding instituted by petitioner Rice is granted to the extent of striking the provisions of the third decretal paragraph of the order granted therein and otherwise denied, without costs. If the motions have not been rendered academic by a decision of Special Term before the adjourned date of this term, June 12, 1962, they may be renewed by respondents, if so advised, on that date wihout oral argument on the papers now before us. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.